IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JUAN JOSE SAPEG,
Inmate No. D35003,
      Plaintiff,

vs.                                        Case No. 3:18cv2114/LC/EMT

FLORIDA DEPARTMENT
OF CORRECTIONS et al.,
      Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated September 11, 2019 (ECF No. 10). Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Plaintiff has filed timely objections. Having considered the Report and Recommendation, and having made a de novo review of the objections, I have determined the Report and Recommendation should not be adopted.

Case No. 3:18cv2114/LC/EMT

Because Plaintiff is a prisoner proceeding in forma pauperis, the Magistrate Judge reviewed the complaint under 28 U.S.C. § 1915(e)(2)(B) and § 1915A to determine whether the complaint was subject to dismissal as frivolous, malicious, for failing to state a claim on which relief may be granted, or for seeking monetary relief against a defendant who is immune from such relief. In so reviewing, the Magistrate Judge identified a civil action that Plaintiff previously filed in the Southern District of New York in 2010 but failed to disclose on the complaint form in the instant case, as is required. Based on Plaintiff's apparent misrepresentation, the Magistrate Judge recommended dismissal of this action without prejudice as malicious, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1).

In identifying the previous case as one Plaintiff had filed, the Magistrate Judge noted that the plaintiff in that case had the same name as Plaintiff – an uncommon name – as well as the same residential address outside of prison. Nonetheless, the Magistrate Judge allowed that, if Plaintiff disputed that it was he who had previously filed the case in question, he could assert this by filing objections to this Report and Recommendation. Plaintiff has done that, asserting that it was *not* he that filed the previous case, but it must have been his father, who carries the same name and has

Case No. 3:18cv2114/LC/EMT

resided at the same address.  Plaintiff affirms, under penalty of perjury, that he is not the person who filed the civil action in the Southern District of New York.

In consideration of the information above, the Court finds the complaint is not subject to dismissal as malicious.

Accordingly, it is now **ORDERED** as follows:

1.     The Chief Magistrate Judge's Report and Recommendation is rejected.

2.     This case shall be returned to the Chief Magistrate Judge for further proceedings.

**DONE AND ORDERED** this 3rd day of October 2019.


s/*L. A. Collier*                                                 
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**