UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JUAN JOSE SAPEG,
    Plaintiff,

vs.                                           Case No.:  3:18cv2114/LAC/EMT

SERGEANT T. STEADHAM,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

On October 27, 2020, the court entered an order directing Plaintiff to submit one identical and complete copy of the amended complaint within thirty days so that service of process could be effected (ECF No. 26).  After that deadline passed and Plaintiff had failed to comply, the undersigned entered an order directing Plaintiff to show cause within thirty days why this case should not be dismissed for failure to comply with an order of the court (ECF No. 27).  The undersigned advised that failure to comply with the order would result in a recommendation that the case be dismissed.  More than thirty days have passed, and Plaintiff has not responded to the show cause order.

Accordingly, it is respectfully **RECOMMENDED** that:

1.    This case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court and failure to prosecute.

2. The clerk be directed to close the file.

At Pensacola, Florida, this 25th day of January 2021.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No.:  3:18cv2114/LAC/EMT